```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    JEREMY R. JEHANGIRI
 3  Assistant United States Attorneys
    United States Courthouse
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 6
    Attorneys for
 7   the United States of America

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   1:10-CR-00165-AWI
                                 )
12              Plaintiff,       )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  ALBERT GARZA,                )
                                 )
15              Defendant.       )
    _____)
16

17       Based upon the United States' Application for Preliminary

18  Order of Forfeiture and Publication Thereof, and the testimony

19  and other evidence at the trial in this case, it is hereby

20       ORDERED, ADJUDGED AND DECREED as follows:

21       1.   Pursuant to 18 U.S.C. § 2253, defendant Albert Garza's

22  interest in the following property shall be condemned and

23  forfeited to the United States of America, to be disposed of

24  according to law:

25           a.   1 HP Pavilion Desktop Computer,

26           b.   Acer Desktop Computer, and

27           c.   One compact disc containing visual depictions of
                  minors engaged in sexually explicit conduct.
28
```

2. The above-listed property constitutes property, real or personal, used or intended to be used to commit or to promote the commission of and is property containing visual depictions produced, transported, mailed, shipped, or received in violation of 18 U.S.C. §§ 2252(a)(2) and (4)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171 the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice,

whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:    March 12, 2012

CHIEF UNITED STATES DISTRICT JUDGE