1 BENJAMIN B. WAGNER
  United States Attorney
2 BRIAN W. ENOS
  JEREMY R. JEHANGIRI
3 Assistant United States Attorneys
  United States Courthouse
4 2500 Tulare Street, Suite 4401
  Fresno, California 93721
5 Telephone: (559) 497-4000
  Facsimile: (559) 497-4099
6
  Attorneys for
7  the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00165-AWI |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| ALBERT GARZA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on May 14, 2012, at the sentencing hearing, the Court incorporated the Preliminary Order of Forfeiture into the judgment, thereby forfeiting to the United States all right, title, and interest of defendant Albert Garza in the following property:

        a.    1 HP Pavilion Desktop Computer,

        b.    Acer Desktop Computer, and

        c.    One compact disc containing visual depictions of minors engaged in sexually explicit conduct.

AND WHEREAS, beginning on March 24, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Albert Garza.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

**ORDER**

IT IS SO ORDERED.

Dated:  May 22, 2012   _____
                      CHIEF UNITED STATES DISTRICT JUDGE